IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-Z-2024

WENDEL (ROBERT) WARDELL, JR.,

    Plaintiff,

v.

DEBORAH C. ALLEN, individually and in her capacity as a Member of the Colorado Board of Parole,
RICHARD A. MARTINEZ, individually and in his capacity as a Member of the Colorado Board of Parole,
ALLAN F. STANLEY, individually and in his capacity as Chairman of the Colorado Board of Parole,
DONALD VAN PELT, in his individual capacity, and
SHARON BARTLETT-WALKER, individually and in her capacity as a Member of the Colorado Board of Parole,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 0 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    Plaintiff's "Motion for Relief From Judgment" filed on January 4, 2007, is DENIED.

Dated: July 30, 2007

Copies of this Minute Order mailed on July 30, 2007, to the following:

W. Robert Wardell, Jr.
Reg. No. 32096-013
PO Box 2000
Fort Dix, NJ 08640-0902

                                  Secretary/Deputy Clerk