IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02024-ZLW

WENDEL ROBERT WARDELL, JR.,

Plaintiff,

v.

DEBORAH C. ALLEN, Individually and in her capacity as a Member of the Colorado
        Board of Parole,
RICHARD A. MARTINEZ, Individually and in his capacity as a Member of the Colorado
        Board of Parole,
ALLAN F. STANLEY, Indivdually and in his capacity as Chairman of the Colorado
        Board of Parole,
DONALD VAN PELT, in his Individual capacity, and
SHARON BARTLETT-WALKER, Individually and in her capacity as a Member of the
        Colorado Board of Parole,

Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintiff submitted  a Notice of Appeal on August 13, 2007 .  The court has determined that

the document is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)    Filing Fee**
    _X_     is not submitted

**(B)    Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915
        and Fed. R. App. P. 24:**
    _X_     is not submitted
    __     is missing affidavit
    __     is missing certified copy of prisoner's trust fund statement for the 6-month period
            immediately preceding this filing

1

\_\_\_      is missing required financial information
\_\_\_      is missing an original signature by the prisoner
\_\_\_      is not on proper form (must use the court's current form)
\_\_\_      other_____

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order.  Any papers that Plaintiff filed in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms:  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this  29  day of  _____August_____, 2007.


BY THE COURT:

_Zita L Weinshienk_
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2